**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1998
_____

William Y. Jones,                              *
                                               *
            Appellant,                         *
                                               *    Appeal from the United States
        v.                                     *    District Court for the
                                               *    Eastern District of Missouri.
Drug Enforcement Agency; Janet Reno,           *
                                               *    **[UNPUBLISHED]**
            Appellees.                         *

_____

Submitted: December 3, 1997
Filed: December 16, 1997
_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

        William Y. Jones appeals from the district court's[1] order dismissing his civil action arising out of the government's conduct of an administrative forfeiture. Jones claimed special agents of the Drug Enforcement Administration (DEA) violated his due process rights and acted negligently when they administratively forfeited currency belonging to him without giving him notice. Jones sought return of the currency, an

_____

[1]The HONORABLE CAROL E. JACKSON, United States District Judge for the Eastern District of Missouri.

injunction against any further forfeiture proceedings, and damages. After the DEA retracted the initial forfeiture and initiated new forfeiture proceedings, which Jones contested, the district court dismissed Jones's complaint.

We conclude the district court acted within its discretion by dismissing Jones's claim seeking to enjoin the second civil forfeiture proceeding; Jones may raise any challenges to the second forfeiture in that proceeding. See United States v. Volanty, 79 F.3d 86, 87-89 (8th Cir. 1996). We modify the district court's dismissal order to be without prejudice, affirm the order as modified, and deny Jones's motion to transfer records on appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.